UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DIANE VENDRYES,**

    **Plaintiff,**

v.                         Case No.: 5:19-cv-00459-TKW-MJF

**MHM HEALTH PROFESSIONALS,**
**LLC, d/b/a MHM Centurion,**

    **Defendant.**
_____/

### **DEFENDANT'S RULE 26(a)(1)(A) DISCLOSURES**

Defendant MHM Health Professionals, LLC ("MHMHP"),[1] by and through its undersigned counsel, hereby serves its disclosures pursuant to Rule 26(a)(1). MHMHP reserves the right to modify or supplement these disclosures as discovery progresses.

**26(a)(1)(A)(i) – Individuals Likely to Have Discoverable Information That Defendant May Use to Support its Defenses:**

    1.    Diane Vendryes
           c/o Marie A. Mattox
           MARIE A. MATTOX, P.A.
           203 North Gadsden Street
           Tallahassee, Florida 32301
           (850) 641-8988
           Has knowledge regarding Plaintiff's employment and resignation.

---

[1] Defendant is not aware of an entity named "MHM Centurion" and does not do business under such name.

ACTIVE 47334738v1

2. Sarah Brus
   c/o Catherine H. Molloy
   GREENBERG TRAURIG, P.A.
   101 E. Kennedy Blvd., Suite 1900
   Tampa, FL 33602
   (813) 318-5700
   Has knowledge regarding Plaintiff's employment and resignation.

3. Kathleen Douin
   c/o Catherine H. Molloy
   GREENBERG TRAURIG, P.A.
   101 E. Kennedy Blvd., Suite 1900
   Tampa, FL 33602
   (813) 318-5700
   Has knowledge regarding Plaintiff's employment and resignation.

4. Victoria Love
   c/o Catherine H. Molloy
   GREENBERG TRAURIG, P.A.
   101 E. Kennedy Blvd., Suite 1900
   Tampa, FL 33602
   (813) 318-5700
   Has knowledge regarding Plaintiff's employment and resignation.

5. Lynette Hornsby
   c/o Catherine H. Molloy
   GREENBERG TRAURIG, P.A.
   101 E. Kennedy Blvd., Suite 1900
   Tampa, FL 33602
   (813) 318-5700
   Has knowledge regarding Plaintiff's employment.

6. Brandi Blocker
   c/o Catherine H. Molloy
   GREENBERG TRAURIG, P.A.

      101 E. Kennedy Blvd., Suite 1900
      Tampa, FL 33602
      (813) 318-5700
      Has knowledge regarding Plaintiff's employment.

7.   Patricia Stalnaker
      c/o Catherine H. Molloy
      GREENBERG TRAURIG, P.A.
      101 E. Kennedy Blvd., Suite 1900
      Tampa, FL 33602
      (813) 318-5700
      Has knowledge regarding Plaintiff's employment.

8.   Doris Kaufman
      c/o Catherine H. Molloy
      GREENBERG TRAURIG, P.A.
      101 Kennedy Blvd., Suite 1900
      Tampa, FL 33602
      (813) 318-5700
      Has knowledge regarding Plaintiff's employment.

9.   Tara Johnson
      [redacted]
      Has knowledge regarding Plaintiff's employment and resignation.

10.   Saba Adhal
      [redacted]
      Has knowledge regarding Plaintiff's employment.

11.   Ashley Cook
      [redacted]
      Has knowledge regarding Plaintiff's employment.

ACTIVE 47334738v1

12. Deborah Walker



Has knowledge regarding Plaintiff's employment.

13. All individuals identified in Plaintiff's Rule 26(A)(1)(A) disclosure.

**26(a)(1)(A)(ii) – Documents, Data Compilations, and Tangible Things in the Possession, Custody, or Control of Defendant That It May Use to Support its Defenses:**

1. Plaintiff's employment file;

2. Defendant's Employee Handbook & Code of Business Conduct;

3. Relevant policies and procedures of the Florida Department of Corrections; and

4. All documents produced in discovery.

**26(a)(1)(A)(iii) – Computation of Categories of Damages:**

Defendant reserves the right to seek its attorneys' fees and costs attendant to the defense of this case under any available statutory provisions. The amount of fees that may be claimed is currently unknown.

**26(a)(1)(A)(iv) – Insurance Disclosure:**

Defendant will make available for inspection and copying any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated: December 27, 2019

Respectfully submitted,

/s/Catherine H. Molloy
Richard C. McCrea, Jr.

4

ACTIVE 47334738v1

>Florida Bar No. 351539
>Email: mccrear@gtlaw.com
>Catherine H. Molloy
>Email: molloyk@gtlaw.com
>Florida Bar No. 33500
>Email: molloyk@gtlaw.com
>Cayla M. Page
>Florida Bar No. 1003487
>Email: pagec@gtlaw.com
>**GREENBERG TRAURIG, P.A.**
>101 E. Kennedy Boulevard, Suite 1900
>Tampa, Florida 33602
>(813) 318-5700 – Telephone
>(813) 318-5900 – Facsimile
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 27, 2019 the foregoing document was electronically served to all counsel of record:

>Marie Mattox
>Marie A. Mattox, P.A.
>203 North Gadsden Street
>Tallahassee, Florida 32301
>marie@mattoxlaw.com
>michelle2@mattoxlaw.com
>marlene@mattoxlaw.com

>/s/Catherine H. Molloy
>Attorney

5