UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DIANE VENDRYES,**

 **Plaintiff,**

v.       Case No.: 5:19-cv-00459-TKW-MJF

**MHM HEALTH PROFESSIONALS,**
**LLC, d/b/a MHM Centurion,**

 **Defendant.**
_____/

**UNOPPOSED MOTION FOR LEAVE TO CONDUCT**
**DEPOSITION AFTER THE DISCOVERY CUT-OFF**

 Defendant MHM Health Professionals, LLC ("MHMHP"), by and through its undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby respectfully requests leave to conduct a deposition in this case after the discovery deadline set forth in the Scheduling and Mediation Order. In support of the instant motion, MHMHP states the following:

 1. On December 30, 2019, the Court entered its Scheduling and Mediation Order, setting a discovery cut-off date of July 15, 2020. [Doc. 12].

 2. On July 2, 2020, counsel for MHMHP requested Plaintiff's counsel availability for two short third party depositions. On July 6, Plaintiff's

counsel provided his only date of availability, which was July 15, the discovery cut-off date.

3. After subpoenaing the corporate representative of Corizon Health, Inc. for a deposition on July 15, 2020, undersigned counsel was advised that a witness availability issue would prevent that deposition from going forward on July 15.

4. Therefore, MHMHP respectfully requests that the Court extend the discovery deadline for twenty days, to July 30, 2020, for the limited purpose of allowing MHMHP to complete the deposition of the Corizon Health, Inc.'s corporate representative.

5. This request for an extension will not affect any other deadlines, including the dispositive motion deadline and the trial date.

6. This request for an extension of time is made in good faith and is not interposed for the purpose of delay. Moreover, Plaintiff does not oppose the relief requested herein.

## **MEMORANDUM OF LAW**

Federal Rule of Civil Procedure 6(b) allows this Court to grant an extension of time upon the showing of good cause. Based upon the above, MHMHP have shown good cause, specifically, the unavailability of a witness, as to why the requested leave should be granted.

## **CERTIFICATE OF GOOD FAITH**

Pursuant to Local Rule 7.1(B), the undersigned has conferred in good faith with Plaintiff's counsel who does not oppose the relief requested herein.

Respectfully submitted,

/s/ Richard C. McCrea, Jr.
Richard C. McCrea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
Catherine H. Molloy
Email: molloyk@gtlaw.com
Florida Bar No. 33500
Email: molloyk@gtlaw.com
Cayla M. Page
Florida Bar No. 1003487
Email: pagec@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 14, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Marie Mattox
Adam Ellis
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, Florida 32301
marie@mattoxlaw.com

ACTIVE 51453037v1

adam@mattoxlaw.com<br>
jervonie@mattoxlaw.com<br>
michelle2@mattoxlaw.com<br>
marlene@mattoxlaw.com

                    <u>/s/ Richard C. McCrea, Jr.</u>
                             Attorney

*ACTIVE 51453037v1*